# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| KIRK RAAB, | ) | |
| | ) | |
| Plaintiff, | ) | 01C50222 |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| BLACKHAWK AREA CREDIT UNION, | ) | from the Circuit Court of the |
| | ) | 15th Judicial Circuit |
| Defendant. | ) | Case No. 01-LM-217 |

## NOTICE OF REMOVAL

NOW COMES the Defendant, BLACKHAWK AREA CREDIT UNION in its official capacity, by and through its attorneys, HINSHAW & CULBERTSON, and in support of this removal states:

1. Defendant hereby invokes its rights under the provisions of 28 U.S.C. §1441(a) and/or (b), and/or (c), and/or 28 U.S.C. §1443(2) to remove Case No. 01-LM-217 from the Circuit Court of the 15th Judicial Circuit, Stephenson County, State of Illinois to the United States District Court for the Northern District of Illinois, Western Division.

2. On or about June 26, 2001, Plaintiff filed Case No. 01-LM-217 against the Defendant, which is now pending therein. A copy of said Complaint is attached hereto as Exhibit 1.

3. The Complaint is styled in two (2) Counts. Count I alleges a violation of Title VII of the Civil Rights Act of 1964 as amended against the Defendant. Count II alleges a violation of the Family and Medical Leave Act.

802179/260257.1-HC01_DS2A



4. At the time of filing of the instant Notice of Removal, no proceedings have been instituted in the Circuit Court of the 15th Judicial Circuit regarding this matter, other than the Plaintiffs filing of the Complaint.

5. The principal place of business of the Defendant, BLACKHAWK AREA CREDIT UNION, is Freeport, Illinois.

6. The United States District Court has original jurisdiction over Count I and Count II of this civil action pursuant to 28 U.S.C. §1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Pursuant to 28 U.S.C. §1441(a) and/or (b), and/or (c), and/or 28 U.S.C.§1443(2), Defendant is entitled to remove the captioned case from the Circuit Court of the 15th Judicial Circuit, County of Stephenson, State of Illinois, to the United States District Court for the Northern District of Illinois, Western Division.

8. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings and orders served upon and known to the Defendants are attached hereto as Exhibits 1 and 2.

9. Pursuant to 28 U.S.C.§1446(b), this Notice of Removal has been filed within thirty (30) days after receipt of the Complaint referred to in this Notice of Removal.

WHEREFORE, Defendant, BLACKHAWK AREA CREDIT UNION prays that the Complaint pending in the Circuit Court of the 15th Judicial Circuit, Stephenson County, State of Illinois, be dismissed with prejudice and without attorneys' fees and costs.

802179/260257.1-HC01_DS2A

BLACKHAWK AREA CREDIT UNION

Defendant,

By: HINSHAW & CULBERTSON,
Its Attorneys

July 10, 2001

By: _____
Ellen B. Lynch
One of Its Attorneys

HINSHAW & CULBERTSON
100 Park Avenue
P.O. Box 1389
Rockford, Illinois 61105-1389
(815) 963-8488

## AFFIDAVIT OF SERVICE

The undersigned certifies that on July 10, 2001, a copy of the foregoing **Notice of Filing** and the **Notice of Removal with Exhibits 1, 2 and 3** was served upon:

> Michael Havrilesko
> Havrilesko Law Offices
> 333 Locust St.
> P.O. Box 677
> Rockford, IL 61105

> The Clerk of the Circuit Court of the 15th Judicial Circuit
> Stephenson County Courthouse
> 15 N. Galena Avenue
> Freeport, IL 61032

By depositing a copy thereof, enclosed in an envelope in the United States Mail, at Rockford, Illinois, proper postage prepaid, before the hour of 5:00 P.M., addressed as above.

Ellen B. Lynch
Attorney for Hinshaw & Culbertson

HINSHAW & CULBERTSON
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 963-8488

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
COUNTY OF STEPHENSON

**FILED JUN 26 2001**
Karla Jaele
CLERK OF THE CIRCUIT COURT
Stephenson County, Illinois

KIRK RAAB, )
            Plaintiff, ) Case No.:
     vs. ) 01 LM 217
BLACKHAWK AREA CREDIT UNION, )
            Defendant. ) **COMPLAINT**

NOW COMES the Plaintiff, KIRK RAAB, by his attorney, Michael K. Havrilesko and for his Complaint against the Defendant, BLACKHAWK AREA CREDIT UNION, alleges and states:

1. Plaintiff, KIRK RAAB, is an adult citizen of Illinois, residing in Lanark, Stephenson Co., Illinois, at material times herein.

2. Defendant, BLACKHAWK AREA CREDIT UNION is a business authorized to do business in Illinois with an office in Freeport, Illinois.

3. Plaintiff was employed by Defendant as a branch manager of its Freeport, Illinois office until his discharge by Defendant on or about 11-18-99.

4. Between June 1999 and November 1999, Plaintiff protested and opposed sex and pregnancy discrimination practices and sexually derogatory remarks by the Chairman of the Board of Directors of the Defendant.

5. James Karr, Chairman of Defendant's Board of Directors took action to remove Kelly Raab from her position as Acting President of Defendant because she was pregnant and Karr

1

told Plaintiff that he and the other male members of the Board of Directors felt it was best for the Credit Union not to have a pregnant woman as Acting President, to which Plaintiff protested and opposed as unfair and discriminatory.

6. Two other male members of Defendant's Board of Directors, William Schramm and Mark Ebert made derogatory comments to Plaintiff about Kelly Raab's pregnancy and her candidacy for President of Defendant in the Fall of 1999 to which Plaintiff protested as being unfair to women and discriminatory.

7. Plaintiff filed a Charge of Discrimination against Defendant on or about 8-24-00, a copy of which is attached hereto and incorporated herein as Exhibit "A".

8. Defendant retaliated against Plaintiff for his opposition and protest of discriminatory treatment of pregnant females and discharged him in retaliation for his good faith opposition to discriminatory practices by Defendant's Board of Directors.

9. Plaintiff suffered damages of loss of employment, emotional distress, and damage to reputation.

10. Defendant's conduct in discharging Plaintiff was willful and intentional retaliation in violation of Title VII of the Civil Rights Act of 1964 as amended.

WHEREFORE, Plaintiff prays for judgment against Defendant and seeks compensatory and punitive damages, loss of wages/benefits, interest, and attorney's fees and costs.

## COUNT II

1.- 3. Plaintiff repeats and realleges the allegations of ¶¶ 1.- 3. of Count I as ¶¶ 1.- 3. of this Count.

4. Plaintiff applied for and was initially granted a leave of absence from the Defendant in the Fall of 1999 under Family and Medical Leave Act (FMLA).

5. While Plaintiff was on an approved leave of absence, Defendant discharged him.

6. Defendant violated the FMLA in discharging the Plaintiff for exercising his rights under the Act.

7. Plaintiff suffered damages as a result of the discharge by the Defendant.

WHEREFORE, Plaintiff prays for judgment against Defendant and seeks damages, loss wages/benefits, compensatory and punitive damages, interest, attorney's fees and costs.

### PLAINTIFF DEMANDS TRIAL BY JURY

KIRK RAAB, Plaintiff,

By Havrilesko Law Offices,
His Attorneys,

By /s/ Michael Havrilesko

**HAVRILESKO LAW OFFICES**
333 Locust St.
P.O. Box 677
Rockford, IL 61105
(815) 964-7800

3

07/09/2001  12:15  18152352382                    B:A:0:0                                              PAGE  08

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY
☒ FEPA
☒ EEOC

D__T. OF HUMAN RIGHTS
~~CHARGE NUMBER~~ ~~BOARD~~

SEP - 5 2000

RECEIVED

Illinois Department of Human Rights and EEOC
State or local Agency, if any

NAME (indicate Mr., Ms., Mrs.)
Mr. Kirk Raab

SEP - 2000

HOME TELEPHONE NUMBER (Include area code)
(815) 244-4530

STREET ADDRESS
203 S. Carroll St.

CITY, STATE AND ZIP CODE
Mt. Carroll, IL 61053

DATE OF BIRTH

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME
Blackhawk Area Credit Union

NUMBER OF EMPLOYEES, MEMBERS
15+

TELEPHONE NUMBER (Include area code)
(815) 273-4503

STREET ADDRESS
214 Main St.

CITY, STATE AND ZIP CODE
Savanna, IL 61074

COUNTY
Carroll

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)     LATEST (ALL)
                         11-18-99

☐ CONTINUING ACTION

On 11-18-99, I was discharged in retaliation for opposing sex discrimination practices. I am a male and I was employed as a Branch Manager for Blackhawk Area Credit Union. While I was employed as a Branch Manager, I protested and opposed sex discrimination and pregnancy discrimination practices by the male Chairman of the Board of Directors. The Chairman of the Board was Jim Karr and he made sexually degrogatory remarks to and about Kelly Raab which I protested. Kelly Raab (female) was acting President in June 19

Mr. Karr also removed Kelly Raab as acting President because she was pregnant and Mr. Karr told me that he was removing her from the position of Acting President becuase it was not good for her and he and the other male Board members felt it was best for Credit Union not to have a pregnant woman as acting President. I told Mr. Karr that it was unfair and discrimanation to remove Kelly Raab from the position and that I was upset by his decision. Mr. Karr stated to me that he didn't blame me for being upset and he knew that Kelly would be upset with him as well. Mr Karr admitted that Kelly had done an excellent job as acting President and was a great employee, but he and the Board had to make a decision, and they decided that due to Kelly's pregnancy they had to remove her from the position. Mr. Karr mentioned that he heard that there was some problem with Kelly's pregnacy during a plane flight and that they didn't need that kind of problem.

Another male Board member, William Schramm told me that the Board had problems about Kelly Raab's application for the position of President being that she was pregnant. I told Mr. Schramm that was unfair and discriminatory and should not be a factor in the decision.

Another male Board member, Mark Ebert, made a comment that we'll be losing Kelly Raab soon because she is pregnant and we need someone else for this postion. I again protested.

I also want this charge filed with the EEOC. I will vise the agencies if I change my address or telephone nmber and I will cooperate fully with them in the ocessing of my charge in accordance with their ocedures.

eclare under penalty of perjury that the foregoing is e and correct.

"OFFICIAL SEAL"
MICHAEL K. HAVRILESKO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/10/2002

NOTARY (when necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINT            DATE
                                  8-24-00

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month and year)
Aug. 24, 2000         Michael Havrilesko

** TOTAL PAGE.10 **
07/09/2001 12:15   18152352382          B:A:C:U                          PAGE 02

FORM 12 Circuit Court Summons                                    Byers Printing Company, Springfield, Illinois.

IN THE CIRCUIT COURT OF THE ___15th___ JUDICIAL CIRCUIT

___Stephenson___ COUNTY, ILLINOIS

Kirk Raab

v.                                                              NO. _01 LM 217_

Blackhawk Area Credit Union

## SUMMONS

To the defendant: Blackhawk Area Credit Union, 1555 S. Float St. Freeport, IL 61032

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court ___15 North Galena Ave. Freeport, IL 61032___,
(Insert name of building, room number, address, including city)
Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other persons to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, _June 26, 2001_

_____
Clerk of court

(Seal of court)

_____
Associate Circuit Clerk Deputy

Name  Michael Havrileshko
Attorney for  Kirk Raab
Address  333 Locust St.
City  Rockford, IL 61103
Telephone  815-964-7800

Date of service: _7 4_
(To be inserted by officer on copy left with defendant or other person)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| KIRK RAAB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 01C50222 |
| vs. ) | |
| ) | from the Circuit Court of the |
| BLACKHAWK AREA CREDIT UNION, ) | 15th Judicial Circuit |
| ) | Case No. 01-LM-217 |
| Defendant. ) | |

## NOTICE OF FILING

TO:  Michael Havrilesko
Havrilesko Law Offices
333 Locust St.
P.O. Box 677
Rockford, IL 61105

and

The Clerk of the Circuit Court of the 15th Judicial Circuit
Stephenson County Courthouse
15 N. Galena Avenue
Freeport, IL 61032

PLEASE TAKE NOTICE that we filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the attached **Notice of Removal and Exhibits 1, 2 and 3** this 10th day of July, 2001.

By: _____
One of the Defendants Attorneys

HINSHAW & CULBERTSON
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 963-8488

802179/260257.1-HC01_DS2A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KIRK RAAB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **01C50222** |
| ) | Case No. _____ |
| vs. ) | |
| ) | from the Circuit Court of the |
| BLACKHAWK AREA CREDIT UNION, ) | 15th Judicial Circuit |
| ) | Case No. 01-LM-217 |
| Defendant. ) | |

### NOTICE OF FILING

TO:   Michael Havrilesko
      Havrilesko Law Offices
      333 Locust St.
      P.O. Box 677
      Rockford, IL 61105

and

The Clerk of the Circuit Court of the 15th Judicial Circuit
Stephenson County Courthouse
15 N. Galena Avenue
Freeport, IL 61032

   PLEASE TAKE NOTICE that we filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the attached **Certificate of Filing of the Notice of Removal** this 10th day of July, 2001.

By: _____
One of the Defendants Attorneys

HINSHAW & CULBERTSON
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 963-8488

802179/260257.1-HC01_DS2A

STATE OF ILLINOIS
15TH JUDICIAL CIRCUIT COURT
STEPHENSON COUNTY

KIRK RAAB, )
)
    Plaintiff, )
)
vs. ) Case No. 01-LM-217
)
BLACKHAWK AREA CREDIT UNION, )
)
    Defendant. )

### CERTIFICATE OF FILING OF THE NOTICE OF REMOVAL

NOW COMES the Defendant, BLACKHAWK AREA CREDIT UNION in its official capacity, by and through its attorneys, HINSHAW & CULBERTSON, pursuant to 28 U.S.C. §1446(d), and certify that attached is a copy of the Notice of Removal of the captioned case from the Circuit Court of the 15th Judicial Circuit, Stephenson County, State of Illinois, to the United States District Court for the Northern District of Illinois, Western Division, and a Notice of Filing, the originals of which have been filed on July 10, 2001, in the United States District Court for the Northern District of Illinois, Western Division, pursuant to 28 U.S.C. §1446.

Date: July 10, 2001

HINSHAW & CULBERTSON
100 Park Avenue
P.O. Box 1389
Rockford, Illinois 61105-1389
(815) 963-8488

BLACKHAWK AREA CREDIT UNION
Defendant,

By: HINSHAW & CULBERTSON
    Its Attorneys

By: _____
    Ellen B. Lynch
    One of Its Attorneys

802179/260257.1-HC01_DS2A

## **AFFIDAVIT OF SERVICE**

The undersigned certifies that on **July 10, 2001**, a copy of the foregoing **Notice of Filing** and **Certificate of Filing of the Notice of Removal** was served upon:

Michael Havrilesko
Havrilesko Law Offices
333 Locust St.
P.O. Box 677
Rockford, IL 61105

The Clerk of the Circuit Court of the 15th Judicial Circuit
Stephenson County Courthouse
15 N. Galena Avenue
Freeport, IL 61032

By depositing a copy thereof, enclosed in an envelope in the United States Mail, at Rockford, Illinois, proper postage prepaid, before the hour of 5:00 P.M., addressed as above;

Ellen B. Lynch
Attorney for Hinshaw & Culbertson

HINSHAW & CULBERTSON
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 963-8488

802179/260257.1-HC01_DS2A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| KIRK RAAB, | ) | |
| Plaintiff, | ) ) ) | Case No. **01C50222** |
| vs. | ) ) | from the Circuit Court of the |
| BLACKHAWK AREA CREDIT UNION, | ) ) | 15th Judicial Circuit |
| Defendant. | ) ) | Case No. 01-L-14 |

### AMENDED NOTICE OF FILING

TO: Michael Havrilesko
Havrilesko Law Offices
333 Locust St.
P.O. Box 677
Rockford, IL 61105

The Clerk of the Circuit Court of the 15th Judicial Circuit
Stephenson County Courthouse
15 N. Galena Avenue
Freeport, IL 61032

PLEASE TAKE NOTICE that on **July 11, 2001**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the following documents:

Notice of Filing, Affidavit of Service, and the Notice of Removal and Exhibits 1, 2 and 3;

Notice of Filing, Affidavit of Service, and the Certificate of Filing of the Notice of Removal; and

Notice of Filing, Affidavit of Service, and the Defendant's Disclosure Statement Pursuant to Local Rule 3.2

By: /s/ Ellen B. Lynch
One of the Defendants Attorneys

HINSHAW & CULBERTSON
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 963-8488

FILED
01 JUL 11 PM 12:14
CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

The undersigned certifies that on **July 11, 2001**, a copy of the foregoing **Amended Notice of Filing** was served upon:

Michael Havrilesko
Havrilesko Law Offices
333 Locust St.
P.O. Box 677
Rockford, IL 61105

The Clerk of the Circuit Court of the 15th Judicial Circuit
Stephenson County Courthouse
15 N. Galena Avenue
Freeport, IL 61032

By depositing a copy thereof, enclosed in an envelope in the United States Mail, at Rockford, Illinois, proper postage prepaid, before the hour of 5:00 P.M., addressed as above.

_____
Ellen B. Lynch
Attorney for Hinshaw & Culbertson

HINSHAW & CULBERTSON
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
(815) 963-8488

802179/260215.2-HC01_DS2A

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Kirk Raab

## DEFENDANTS

CASE No. 01 C 50222
BLACKHAWK AREA CREDIT UNION

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Stephenson
(EXCEPT IN U.S. PLAINTIFF CASES)

Stephenson

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Stephenson
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael K. Havrilesko
333 Locust
Rockford, IL 61103

ATTORNEYS (IF KNOWN)

Ellen B. Lynch
Hinshaw & Culbertson
100 Park Avenue
Rockford, IL 61101

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title VII of the Civil Rights Act of 1964, as amended and
The Family and Medical Leave Act

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☒ 790 Other Labor Litigation FMLA | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** No
☐ UNDER F.R.C.P. 23

**DEMAND $** None Stated

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE 7/12/2001

SIGNATURE OF ATTORNEY OF RECORD

Ellen B. Lynch, Counsel for Defendant

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**In the Matter of** Kirk Raab vs. Blackhawk Area Credit Union

**Case Number:** 01C50222

FILED JUL 11 2001 MICHAEL W. DOBBINS, CLERK UNITED STATES DISTRICT COURT

DOCKETED JUL 12 2001

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

BLACKHAWK AREA CREDIT UNION, Defendant

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: Ellen B. Lynch | NAME: |
| FIRM: Hinshaw & Culbertson | FIRM: |
| STREET ADDRESS: 100 Park Avenue, P.O. Box 1389 | STREET ADDRESS: |
| CITY/STATE/ZIP: Rockford, IL 61105 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (815) 963-8488 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 620-1540 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**